FILED
IN CLERKS OFFICE.

UNITED STATES DISTICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL -7 P 12: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| PAUL W. McCREE,<br>    **Plaintiff** | )<br>)<br>) |
| v. | )<br>) |
| PENSION BENEFIT<br>GUARANTY<br>CORPORATION,<br>    **Defendant** | )<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 04-CV-11334-JLT

## MOTION TO WITHDRAW AS COUNSEL

Your undersigned, counsel for the Plaintiff Paul W. McCree, Jr. in the above-captioned matter, requests that this Honorable Court enter an Order permitting all attorneys from the Law Office of Raymond Sayeg, Four Longfellow Place, 35th Floor, Boston, Massachusetts who have previously entered their appearances in this matter, including but not limited to Raymond Sayeg, to withdraw as counsel of record for Paul W. McCree, Jr.  Undersigned counsel state that an Order allowing withdrawal is necessary for the following reasons:

1.  During the course of this representation, irreconcilable differences have arisen between undersigned counsel and Plaintiff relative to the theories and manner of litigation;

2.  The irreconcilable differences have caused a substantial breakdown in communication between your undersigned and the Plaintiff;

3.  The foregoing differences are so acute that they now render it impossible for undersigned counsel to continue to represent this Plaintiff effectively;

4.      In recognition of this breakdown in communication, by agreement,

Plaintiff Paul W. McCree Jr., is proceeding on a Pro Se basis and has filed

The Amended Complaint on his own behalf on June 30, 2004.


WHEREFORE, Counsel for Plaintiff Paul W. McCree, Jr. requests that this Court grant

this motion.

                              Respectfully submitted,
                              PAUL W. McCREE, JR.
                              By his attorneys,


                              Raymond Sayeg, BBO # 555437
                              Law Offices of Raymond Sayeg
                              4 Longfellow Place, 35th Floor
                              Boston, MA 02114
                              (617) 742-1184


## CERTIFICATE OF SERVICE

I, Raymond Sayeg, hereby certify that a true and exact copy of the foregoing Motion to Withdraw As Counsel was served upon the Plaintiff, Paul W. McCree, Jr., 173 Goodman's Hill Road, Post Box 77, Sudbury, MA 01776, this ___2nd___ day of July, 2004 by first class mail, postage prepaid.

                              Raymond Sayeg