

173 Goodman's Hill Road
P.O. Box 77
Sudbury, MA 01776
Aug. 14, 2004
Phone: 978 443 8218
Fax   : 978 440 9268
E-mail: pmccree@att.net

Civil Clerk's Office
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Reference: McCree v. The Pension Benefit Guaranty Corporation, Docket # 0411334JLT

Dear Sir or Madam::

    I wish to be informed about the current status of the proceedings in the case of McCree v. the Pension Benefit Guaranty Corporation, Docket # 0411334JLT.
    I can be reached by mail, phone, fax or e-mail. Please advise.

                                                    Respectfully,

                                                    Paul W. McCree, Jr.