

# RAYMOND SAYEG

COUNSELLOR AT LAW

_JP 14 P 2 10_

September 10, 2004

_DISTRICT COURT_
_DISTRICT OF MASS_

**BY FIRST CLASS MAIL**
Ms. Sandra Holahan
Docket Clerk to the Honorable Edward F. Harrington
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:    **Paul W. McCree v. Pension Benefit Guaranty Corporation**
       **United States District Court Docket No. 04-CV-11334-JLT**

Dear Ms. Holahan:

    With regard to the above-referenced matter, on July 2, 2004 I filed a Motion to Withdraw. I have not yet received notice that the Motion was allowed or scheduled for a hearing. Please advise if we need to set this matter for hearing.

    I thank you for your courtesy and cooperation in this matter.

Very truly yours,

Raymond Sayeg

RS/cam
cc:  Mr. Paul McCree

Four Longfellow Place, Suites 3501-06     Boston, Massachusetts 02114     Telephone 617-742-1184     Fax 617-973-1562     rsayegesq@aol.com
(24 hour line)