United States District Court
District of Massachusetts

| | |
|---|---|
| Paul W McCree, Jr., ) | |
| ) | |
| Plaintiff ) | Civil Action NO. 04-11334JLT |
| ) | |
| v. ) | |
| ) | |
| Pension Benefit Guaranty ) | |
| Corporation, ) | |
| ) | |
| Defendant ) | |

FILED
[illegible stamp]

2004 OCT 20  A 11: 47

DISTRICT COURT
DIST OF MASS

## Motion OF PAUL W. McCREE, Jr.
## FOR
## SUMMARY JUDGMENT

I, Paul W. McCree, Jr.,.by Rule 56 (a) (c) of the Federal Rules of Civil Procedure move for Summary Judgment. I respectfully ask the Court to enter judgment in my favor on all counts of the Amended Complaint.

The basis for my motion is set forth in the attached Memorandum of Law.

Respectfully submitted,

*/s/ Paul W. McCree, Jr.*

Paul W. McCree, Jr.

Dated: October 18, 2004