United States District Court
District of Massachusetts

| | |
|---|---|
| Paul W McCree, Jr., ) | |
| ) | |
| Plaintiff ) | Civil Action NO. 04-11334JLT |
| ) | |
| v. ) | |
| ) | |
| Pension Benefit Guaranty ) | |
| Corporation, ) | |
| ) | |
| Defendant ) | |

### Motion OF PAUL W. McCREE, Jr.
### FOR
### Supplemental Pleading

I, Paul W. McCree, Jr., by Rule 15 (d) of the Federal Rules of Civil Procedure move for Supplemental Pleading to support the Plaintiff's Motion for Summary Judgement. The pleading provides conclusive proof of the Plaintiff's allegations. The pleading is submitted in the interest of expediting resolution of the case. The basis for the pleading is attached.

Respectfully submitted:

*Paul W. McCree, Jr*

Paul W. McCree, Jr.

Dated: 10/20/2004