**Pension Benefit Guaranty Corporation**
1200 K Street, N.W., Washington, D.C. 20005-4026

<u>VIA ELECTRONIC FILING</u>

OCT 26 2004

Zita Lovett, Deputy Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

    Re:   <u>Civil Action No. 04-11334-JLT</u>

Dear Ms. Lovett:

On October 17, 2004, this Court issued a Discovery Order requiring counsel to notify the court in writing of pending motions no less than 5 days prior to the initial scheduling conference that will be held on November 2, 2004 at 11:45 a.m. in Courtroom 20 on the 7th floor.

Pursuant to the Discovery Order, I write to inform this Court that there are two pending motions in this case:

1) Defendant's Motion for Judgment on the Pleadings, filed on October 5, 2004; and
2) Plaintiff's Motion for Summary Judgment, filed on October 21, 2004.

Please contact me at the phone number below if you have further questions.

                                        Sincerely,

                                        Sherease Pratt Louis
                                        Staff Attorney
                                        Office of the General Counsel
                                        Pension Benefit Guaranty Corporation
                                        (202) 326-4020, ext. 3477

cc:   Paul W. McCree, Jr.
       173 Goodman's Hill Road
       Sudbury, Massachusetts 01776