UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL W. McCREE, JR., * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No. 04-11334-JLT |
| v. * | |
| * | |
| PENSION BENEFIT GUARANTY * | |
| CORPORATION, * | |
| * | |
| Defendant. * | |

ORDER

November 2, 2004

TAURO, J.

After a conference on November 2, 2004, this court hereby orders that:

1. Defendant is to file a status report with this court by December 1, 2004.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge