**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| Paul W McCree, Jr., ) | |
| ) | |
| Plaintiff ) | Civil Action NO. 04-11334JLT |
| ) | |
| v. ) | |
| ) | |
| Pension Benefit Guaranty ) | |
| Corporation, ) | |
| ) | |
| Defendant ) | |

**Motion of Paul W. McCree, Jr.**
**for**
**Supplemental Pleading**

I, Paul W. McCree, Jr., by Rule 15 (d) of the Federal Rules of Civil Procedure move for Supplemental Pleading to support the Plaintiff's Motion for Summary Judgement. The pleading provides justification and corroboration of the validity of pay roll check stubs as a reliable and authentic source of employment and salary history. This Pleading is submitted in response to questions arising about the issue at the scheduled Conference on 11/02/04 with his Honor, Judge Tauro presiding. The basis for the pleading is attached.

Respectfully submitted:

*[signature]*

Paul W. McCree, Jr.

Dated: 11/03/2004

cc:   Sherease Pratt Louis
      Staff Attorney
      Office of the General Counsel
      Pension Benefit Guaranty Corporation