**United States District Court**
**District of Massachusetts**

| | | |
|---|---|---|
| **Paul W McCree, Jr.,** | ) | |
| | ) | |
| **Plaintiff** | ) | **Civil Action NO. 04-11334JLT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Pension Benefit Guaranty Corporation,** | ) | |
| | ) | |
| **Defendant** | ) | |

# Motion for Supplemental Pleading to the Memorandum of Law in support of the Plaintiff's Motion for Summary Judgment

## I. Purpose

At no time in the history of the dispute between the parties has the Defendant ever questioned or challenged the Plaintiff about the authenticity and reliability of payroll check stub data as record of employment and salary history. Payroll check stub data is commonly used to verify employment and salary history in government, business, commerce and industry. This pleading is made to allay fear, suspicion or doubt as to the integrity of the data presented by the Plaintiff in support of his evaluation of the Average Monthly Earnings.

## II. Corroborative Sources

It is my understanding that the employer's administrator of the HHA Plan was required by law to periodically file reports to PBGC on the status of the Plan in general and as it pertains to the salary and earnings history under the Plan for individual Participants.

The Plaintiff's corroborative sources are reviewed.

1.0 Correspondence with the Dept. Of Labor, Boston, MA. See Attachments (1.0) .

This correspondence is dated 03/18/91. It encloses record of the Plaintiff's earning provided by the employer, the H.H.A. Aerospace Design Co., Inc. The DOL in Boston was investigating the performance of HHA re the Fair Labor Standards. As shown in the letter, the

issue of concern was whether the company had withheld any of my pay checks. My response was yes, several. The company was subsequently sued by a number of employees disgruntled by not being compensated for entitled hours of service. This history verifies that the employer withheld wages from the Plaintiff among other employees at HHA. Furthermore, the Plaintiff's records of earnings provided by DOL for 1988, 1989 and 1990 all show that his hourly rate, for all of the months shown recorded, was $35.00 /hour. This means that at 2080 hours /year, the Plaintiff's actual, yearly salary between 1988 and 1990 was $72, 080.00 paid monthly at $35.00 /hour.

    2.0 Correspondence with PBGC re. Application/Claim for Benefit See Attachments (2.0)

    PBGC initiated this correspondence in a letter requesting copies of my W-2 Forms and for a brief review of my employment and salary history while employed at HHA. As shown in my response, Attachments (2.0) dated 06/09/1993, I provide a summary history which includes for each change of status the date, yearly salary and hourly rate. In addition, I report a summary showing monthly checks paid and monthly checks not received for accrued hours of service. The summary shows that I had not received 14 monthly checks between 1989 and 1991.

    3.0 Correspondence with HHA re. Promotion See Attachment (3.0)

    As shown, this offer was made on 05/06/1987 . On 05/07/1987, I accepted the promotion with an increase from $68,640.00 /yr. in 1986 to $72,080.00 /yr. in 1987. This record coupled with the record of earnings provided from DOL shows that I was making $68,640.00 in 1986 and $72080.00 from 1997 through 1990. Based on these facts, my average yearly salary between 1986 and 1990 was $71,968.00. Thus my average monthly earnings are $71,968.00 /12 months equals $5997.33

    4.0 Payroll Check Stubs See Attachments (4.0)

    The payroll check stubs represent a salary of $68,680.00 / year paid monthly at $33.00 /hour for 12 months in 1986 and a salary of $72,080.00 /year for four years between 1987 and 1990 all paid monthly at $35.00 /hour. This corroborates that my average yearly salary earned for the five years between 1986 and 1990 was $71,968.00 and that my actual, average monthly earnings were $5997.33.

**IV. Conclusion**

The summary salary and employment history returned to PBGC as part of the Plaintiff's application and claim for benefit is entirely consistent with the payroll check stub data. Info provided by DOL Boston confirms that the salary level between 1988 and 1990 was at $72080 paid monthly at $35.00 /hour. The letter with offer of promotion with raise confirms that the Plaintiff's salary level in 1987 was $72080.00 paid monthly at $35.00 /hour. These facts corroborate and confirm that the check stub data provided by the Plaintiff is an accurate and reliable source for determining the Plaintiff's Average Monthly Earnings.

Respectfully submitted by:

Paul W. McCree, Jr.

Paul W. McCree, Jr.

Dated: 11/03/04

Cc: Sherease Pratt Louis
Staff Attorney
Office of the General Counsel
Pension Benefit Guaranty Corporation

**Attachments (1.0)**
**Correspondence with DOL**
**re.**
**Withheld Compensation**

**U.S. Department of Labor**

Employment Standards Administration
Wage and Hour Division
J. W. McCormack Post Office and Courthouse, Room 806
Boston, MA 02109
(617) 223-9970
Fax 223-4121

Reply to the Attention of:

March 18, 1991

McCree, Paul W, Jr
173 Goodman's Hill
Sudbury MA 01776

We are making an investigation of H. H. Aerospace to determine if it is complying with the requirements of the Fair Labor Standards Act. In doing so, it is customary to ask some of the present and former employees for certain inforamtion by direct correspondence. The fact that we are asking for this information does not imply that this firm has violated any law.

While you are not required to respond, we ask that you assist us by answering the questions below. Please respond within 3 days after you receive this request. A self addressed envelope which requires no postage is enclosed for your convenience.

Enclosed you will find a copy of your 1990 payroll record as submitted to this office by the firm. Please review it and indicate whether you have received all of the payments reported herein. If you have not received all of the payments, please identify which payments or portion of payments you have not received. Please add any detail of hours worked in 1991 that have not yet been paid.

Thank you for your cooperation in this investigation.

Very truly yours,

Patricia A. Slate
Compliance Officer

# EMPLOYEE EARNINGS RECORD TO DATE

COMPANY NUMBER 2683-10

COMPANY NAME HH AEROSPACE DESIGN CO INC

| EMPLOY. NUMBER | EMPLOYEE NAME & ADDRESS | RATE | SALARY | M/S | EXEMPTIONS FED. | EXEMPTIONS STATE | STATE CODE | SOC. SEC. NO. | FIXED / ADD'L FEDERAL | FIXED / ADD'L STATE | CITY | RES. | TERM | BLOCK 12345678 | IDENT. CODE 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3122 | PAUL W MCCREE JR<br>173 GOODMAN'S HILL<br>SUDBURY MA 01776 | 35.000 | | M | 3 | 3 | MA | 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 | | | | | | | |

IDENT. 2 | CHECKING ACCOUNT NUMBER | SAVINGS ACCOUNT NUMBER | DATE HIRED 11/19/84 | DATE TERMINATED | SEX | SPEC 1 | SPEC 2 | SPEC 3

| DEPT | RATE | PAY DATE | WK. NO. | WKS WKD MONTHLY | REC. TYPE | REG HOURS 1 | OT HOURS 2 | HOL HOURS 4 | VAC HOURS 5 | OTHER HOURS | REG EARNS 1 | OT EARNS 2 | HOL EARNS 4 | VAC EARNS 5 | OTHER EARNS | GROSS EARNINGS | FED TAX | FICA TAX | ST TAX | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 35000 | 1/09 | 2 | 1 | | 18400 | | | | | 644000 | | | | | 644000 | 127324 | 48364 | 28032 | |
| 3 | 35000 | 2/06 | 6 | 2 | | 15200 | | 1600 | | | 532000 | | 56000 | | | 588000 | 111644 | 44159 | 25442 | |
| 3 | 35000 | 3/05 | 10 | 3 | | 12000 | | | 4400 | 400 | 420000 | | | 154000 | 14000 | 588000 | 111644 | 44159 | 25442 | |
| 1ST | QUARTER | 1988 | TOTAL | | ===> | 45600 | | 1600 | 4400 | 400 | 1596000 | | 56000 | 154000 | 14000 | 1820000 | 350612 | 136682 | 78916 | |
| 3 | 35000 | 4/09 | 15 | 4 | | 18400 | | | | | 644000 | | | | | 644000 | 127324 | 48364 | 28032 | |
| 3 | 35000 | 5/07 | 19 | 5 | | 16800 | | | | | 588000 | | | | | 588000 | 111644 | 44159 | 25442 | |
| 3 | 35000 | 6/04 | 23 | 6 | | 16800 | | 800 | | | 588000 | | 28000 | | | 616000 | 119484 | 46262 | 29050 | |
| 2ND | QUARTER | 1988 | TOTAL | | ===> | 52000 | | 800 | | | 1820000 | | 28000 | | | 1848000 | 358452 | 138785 | 82524 | |
| 3 | 35000 | 7/09 | 28 | 7 | | 17600 | | | | | 616000 | | | | | 616000 | 119484 | 46262 | 29050 | |
| 3 | 35000 | 8/12 | 32 | 8 | | 16000 | | 800 | | | 560000 | | 28000 | | | 588000 | 111644 | 16221 | 27650 | |
| 3 | 35000 | 9/16 | 37 | 9 | | 18400 | | | | | 644000 | | | | | 644000 | 127324 | | 30450 | |
| 3RD | QUARTER | 1988 | TOTAL | | ===> | 52000 | | 800 | | | 1820000 | | 28000 | | | 1848000 | 358452 | 62483 | 87150 | |
| 3 | 35000 | 10/14 | 41 | 10 | | 12000 | | 800 | 4800 | | 420000 | | 28000 | 168000 | | 616000 | 119484 | | 29050 | |
| 3 | 35000 | 11/18 | 46 | 11 | Oct | 15000 | | 800 | 800 | 200 | 525000 | | 28000 | 28000 | 7000 | ① 588000 | 111644 | | 27650 | |
| 3 | 35000 | 12/23 | 51 | 12 | Nov | 16000 | | 1600 | | | 560000 | | 56000 | | | ② 616000 | 119484 | | 29050 | |
| 4TH | QUARTER | 1988 | TOTAL | | ===> | 43000 | | 3200 | 5600 | 200 | 1505000 | | 112000 | 196000 | 7000 | 1820000 | 350612 | | 85750 | |
| YEAR | TO DATE | 1988 | | | ===> | 192600 | | 6400 | 10000 | 600 | 6741000 | | 224000 | 350000 | 21000 | 7336000 | 1418128 | 337950 | 334340 | [illegible] |

Carryover to 1989 — { Less: ① 5880 – 1116.44 276.50 4487.06; ② 6160 – 1194.84 290.50 4674.66

W-2 — 61,320 – 11870 – 3379.60 2776.40 43294.10

ok

(circled dot) = NOT RECEIVED IN 1988
ADJ = CHECKS CARRIED OVER FROM 1987 or PRIOR

Also • not received

FICA MUST BE GROSS X .0751%
ADJUSTMENTS ARE MADE THRU FEDERAL WITHHOLDINGS

Payments for December, November and October have not been received!

FICA 45,000 x .0751 = 3,379.50

ANY QUESTIONS PLEASE SEE BARRY MARTIN

3122 PAUL D MCCREE JR
173 GOODMAN'S HILL
SUDBURY MA 01776

DATE HIRED 11/19/84

| DEPT. | RATE | PAY DATE | WK NO | WKS WKD MONTHLY | REC TYPE | REG HOURS 1 | OT HOURS 2 | HOL HOURS 4 | VAC HOURS 5 | OTHER HOURS | REG EARNS 1 | OT EARNS 2 | HOL EARNS 4 | VAC EARNS 5 | OTHER EARNS | GROSS EARNINGS | FED TAX | FICA TAX | ST TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 35000 | 1/20 | 3 | 1 | | 13200 | | 800 | 3600 | | 462000 | | 28000 | 126000 | | 616000 | 117484 | 46262 | 26737 |
| 3 | 35000 | 2/17 | 7 | 2 | | 16000 | | 1600 | | | 560000 | | 56000 | | | 616000 | 117484 | 46262 | 26737 |
| 3 | 35000 | 3/17 | 11 | 3 | | 14400 | | 800 | 800 | | 504000 | | 28000 | 28000 | | 560000 | 101804 | 42056 | 24147 |
| 1ST | QUARTER 1989 TOTAL ===> | | | | | 43600 | | 3200 | 4400 | | 1526000 | | 112000 | 154000 | | 1792000 | 336772 | 134580 | 77621 |
| 3 | 35000 | 4/21 | 16 | | | 18400 | | | | | 644000 | | | | | 644000 | 125324 | 48364 | 28032 |
| 3 | 35000 | 5/19 | 20 | | | 14400 | | | | 1600 | 504000 | | | | 56000 | 560000 | 101804 | 42056 | 24147 |
| 3 | 35000 | 6/23 | 25 | | | 12000 | | 800 | 1600 | 4000 | 420000 | | 28000 | 56000 | 140000 | 644000 | 125324 | 48364 | 30450 |
| 2ND | QUARTER 1989 TOTAL ===> | | | | | 44800 | | 800 | 1600 | 5600 | 1568000 | | 28000 | 56000 | 196000 | 1848000 | 352452 | 138784 | 82629 |
| 3 | 35000 | 7/21 | 29 | 7 | | 17600 | | | | | 616000 | | | | | 616000 | 117484 | 46262 | 29050 |
| 3 | 35000 | 8/18 | 34 | 8 | | 15200 | | 800 | 800 | | 532000 | | 28000 | 28000 | | 588000 | 109644 | 40854 | 31798 |
| 3 | 35000 | 9/22 | 38 | 9 | | 16000 | | | | 800 | 560000 | | | | 28000 | 588000 | 109644 | | 31798 |
| 3RD | QUARTER 1989 TOTAL ===> | | | | | 48800 | | 800 | 800 | 800 | 1708000 | | 28000 | 28000 | 28000 | 1792000 | 336772 | 87116 | 92646 |
| 3 | 35000 | 10/20 | 42 | | | 11600 | | 800 | 3600 | | 406000 | | 28000 | 126000 | | 560000 | 101804 | | 30188 |
| 3 | 35000 | 11/17 | 46 | | | 9600 | | | 8000 | | 336000 | | | 280000 | | 616000 | 117484 | | 33408 |
| 3 | 35000 | 12/22 | 51 | | | 14400 | | 1600 | | | 504000 | | 56000 | | | 560000 | 101804 | | 30188 |
| 4TH | QUARTER 1989 TOTAL ===> | | | | | 3560 | | 2400 | 11600 | | 1246000 | | 84000 | 406000 | | 1736000 | 321092 | | 93784 |
| | YEAR TO DATE 1989 ===> | | | | | 17280 | | 7200 | 18400 | 6400 | 6048000 | | 252000 | 644000 | 224000 | 7168000 | 1347088 | 360460 | 346680 |

Add: 1988 Carryover — Oct 88 5880 – 1116.44 — 276.50 4879.06
Nov 88 6160 – 1194.84 — 290.50 4674.66

Less: 1989 Unpaid Accrd — 2nd Q 89 (18480 – 3524.53 1387.94 826.09 12741.35)
4th Q 89 (17360 – 3210.92 – 927.84 13211.24)

Carryover to 1990

Sub-total 47880 – 9046.72 2216.96 2269.37 34146.65

FICA Adj: FICA must be Gross × 7.51% (1370.83) 1370.83

Sub-total – W-2 47880 – 7667.89 3595.79 2269.37 34346.65

Insurance Cost 943.77

Total W-2 Wages 48823.77

**EMPLOYEE EARNINGS RECORD TO DATE**

COMPANY NUMBER 2683-10 COMPANY NAME HH AEROSPACE DESIGN CO INC

COMPANY NUMBER 2683-10 COMPANY NAME HH AEROSPACE DESIGN CO INC

| EMPLOY. NUMBER | EMPLOYEE NAME & ADDRESS | RATE | MAR | FED. EXEMPTION | STATE | STATE CODE | SOC. SEC. NO. | DATE HIRED |
|---|---|---|---|---|---|---|---|---|
| 3122 | PAUL W MCCREE JR<br>173 GOODMAN'S HILL<br>SUDBURY MA 01776 | 35.000 | M | 3 | 3 | MA | 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 | 11/19/84 |

| DEPT | RATE | PAY DATE | WK. NO. | WKS WKD MONTHLY | REC. TYPE | REG HOURS 1 | OT HOURS 2 | HOL HOURS 4 | VAC HOURS 5 | OTHER HOURS | REG EARNS 1 | OT EARNS 2 | HOL EARNS 4 | VAC EARNS 5 | OTHER EARNS | GROSS EARNINGS | FED TAX | FICA TAX | ST TAX | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 35000 | 1/19 | 3 | 1 | | 16000 | | 800 | | | 560000 | | 28000 | | | 588000 | 107203 | 44982 | 29211 | | |
| 3 | 35000 | 2/23 | 8 | 2 | | 14200 | | 1600 | 1200 | 1400 | 497000 | | 56000 | 42000 | 49000 | 644000 | 122883 | 49266 | 32185 | | |
| 3 | 35000 | 3/23 | 12 | 3 | | 13600 | | 800 | | 800 | 476000 | | 28000 | | 28000 | 532000 | 91523 | 40698 | 26237 | | |
| 1ST | QUARTER 1990 TOTAL ===> | | | | | 43800 | | 3200 | 1200 | 2200 | 1533000 | | 112000 | 42000 | 77000 | 1764000 | 321609 | 134946 | 87633 | | |
| 3 | 35000 | 4/20 | 16 | 4 | | 17600 | | | | | 616000 | | | | | 616000 | 115043 | 47124 | 30698 | | |
| 3 | 35000 | 5/18 | 20 | 5 | | 16000 | | | | 800 | 560000 | | | | 28000 | 588000 | 107203 | 44982 | 29211 | | |
| 3 | 35000 | 6/22 | 25 | 6 | | 16600 | | 800 | 800 | | 588000 | | 28000 | 28000 | | 644000 | 122883 | 49266 | 35918 | | |
| 2ND | QUARTER 1990 TOTAL ===> | | | | | 50400 | | 800 | 800 | 800 | 1764000 | | 28000 | 28000 | 28000 | 1848000 | 345129 | 141372 | 94927 | | |
| 3 | 35000 | 7/20 | 29 | 7 | | 12800 | | | 4000 | | 448000 | | | 140000 | | 588000 | 107203 | 44982 | 31798 | | |
| 3 | 35000 | 8/24 | 34 | 8 | | 14400 | | 800 | | 800 | 504000 | | 28000 | | 28000 | 560000 | 99363 | 42840 | 32813 | | |
| 3 | 35000 | 9/21 | 38 | 9 | | 18400 | | | | | 644000 | | | | | 644000 | 122883 | 28305 | 38063 | | |
| 3RD | QUARTER 1990 TOTAL ===> | | | | | 45600 | | 800 | 4000 | 800 | 1596000 | | 28000 | 140000 | 28000 | 1792000 | 329449 | 116127 | 102674 | | |
| | YEAR TO DATE 1990 ===> | | | | | 139800 | | 4800 | 6000 | 3800 | 4893000 | | 168000 | 210000 | 133000 | 5404000 | 996187 | 392445 | 285234 | SG | YTD |
| # 9167 | | 10/19 | 9/30 | | | 112 | | 8 | 40 | | 3920 | | | | | 5600 | | | | 175.38 | 1753.80 |
| 9285 | | 11/29 | 10/31 | | | 176 | | 8 | | | 6160 | | | | | 6440 | | | | 175.38 | |
| 9352 | | 12/21 | 11/30 | | | 148 | | 16 | 8 | 4 | 5180 | | | | | 6160 | | | | 175.38 | |

EMPLOYEE EARNINGS RECORD TO DATE

COMPANY NUMBER 2683-10 COMPANY NAME HH AEROSPACE DESIGN CO INC

COMPANY NUMBER 2683-10 COMPANY NAME

**Attachments (2.0)**
**Correspondence with PBGC**
**Re.**
**Salary History**
**and**
**Withheld Compensation**

173 Goodman's Hill Road
POB 77
Sudbury, MA 01776
June 9, 1993

The Pension Benefit Guaranty Corporation
2020 K Street, N. W.
Washington, D. C. 20006-1860
Attention:
Ms. Vicki Southard
Auditor/Case Officer
(202)778 8871 ext.3989
Reference:
H.H. Aerospace Design Co.,Inc.Pension Plan
Case Number 15843900

Dear Ms. Southard;

I enclose my Participation Information Sheet together with copies of my W-2 forms for the years "85" - "90" . My employment history at HHA is summarised as follows:

Start Date on 11/84 as Systems Engineer at $27.00/hr:$56,160/yr;
1st increase, 04/85 as Systems Engineer at $30.00/hr:$62,400/yr;
2nd increase, 12/86 as TEMS Manager at$33.00/hr:$68,640/yr;
3rd increase,06/87 as V.P. and Tech Dir. at $35.00/hr:$72,800/yr;
End date on 01/91 as V.P. and Tech. Dir. at $35.00/hr:$72,800/yr.

Over the entire period of this experience, HHA was unable to make payroll consistently. As a result, at termination of employment, I was owed about 12 months salary.

Your efforts are appreciated

Sincerely,
Paul W. McCree, Jr.
Paul W. McCree, Jr.

HHA Salary Arrears as of 1/25/91(14 missing checks)

"89"

| Missing Checks | Checks Received |
|---|---|
| January | February |
| June | March |
| July | April |
| August | May |
| September | |
| October | |
| November | |
| December | |

"90"

| | |
|---|---|
| March | January |
| April | February |
| May | June |
| September | July |
| October | August |
| November | |
| December | |

"91"

January

Attachments (3.0)
Correspondence with HHA
Re.
Promotion and Salary

**Attachments (4.0)**
**The Plaintiff's**
**HHA Check Stub Data**
**1986 - 1990**


| TOTAL HOURS | EARNINGS | RATE | | TOTAL EARNINGS | F.I.C.A. | FEDERAL WH/TAX | STATE WH/TAX | GHI | DEDUCTIONS | | | | TOTAL DEDUCTIONS | NET AMOUNT | PERIOD ENDING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | | 33 00 | | 6072 00 | 434 15 | 1527 44 | 275 66 | | | | | | 2237 25 | 3834 75 | 7/31 |

EMPLOYEE'S STATEMENT OF EARNINGS AND DEDUCTIONS. RETAIN.

86

H. H. AEROSPACE DESIGN CO., INC.

| TOTAL HOURS | EARNINGS | RATE | | TOTAL EARNINGS | F.I.C.A. | FEDERAL WH/TAX | STATE WH/TAX | GHI | DEDUCTIONS | | | | TOTAL DEDUCTIONS | NET AMOUNT | PERIOD ENDING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 176 | | 35 00 | | 6160 00 | 440 44 | 1359 71 | 290 55 | 120 96 | | | | | 2211 66 | 3948 34 | 6/30 |

EMPLOYEE'S STATEMENT OF EARNINGS AND DEDUCTIONS. RETAIN.

87

H. H. AEROSPACE DESIGN CO., INC.

**EMPLOYEE EARNINGS AND DEDUCTIONS STATEMENT**

| | | WK END DATE | PAY DATE |
|---|---|---|---|
| 2683-00 | HH AEROSPACE DESIGN CO INC | 05 31 88 | 06 04 88 |
| 3 | 3122 PAUL W MCCREE JR | M 3 3 MA | 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 |

| RATES | HOURS | | EARNINGS | | TAXES | | DEDUCTIONS | |
|---|---|---|---|---|---|---|---|---|
| 35.000 | REG | 168.00 | REG | 5880.00 | FED | 1194.84 | BCBS | 164.82 |
| 35.000 | HOL | 8.00 | HOL | 280.00 | FICA | 462.62 | | |
| | | | | | ST | 290.50 | | |
| | | | GROSS | 6160.00 | CHECK | 1663 | NET | 4047.22 |

| 56680.00 | 18480.00 | 7090.64 | 2754.67 | 1614.40 |
|---|---|---|---|---|

HH AEROSPACE DESIGN CO INC — Period Ending 06/30/89 — Paydate 07/21/89 — 10

Dept. 3 Emp. No. 3122 PAUL W MCCREE JR SSN 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 Status M Exemptions fed. 3 st. 3 MA

| | HOURS | RATES | EARNINGS | TAXES | | YTD | DEDUCTIONS | | YTD | Net Pay | Check no. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 176.00 | 35.000 | 6160.00 | FED | 1174.84 | 8067.08 | BCBS | 175.38 | 1195.98 | 4056.66 | 5758 |
| | | | | FICA | 462.62 | 3196.26 | | | | | |
| | | | | ST | 290.50 | 1893.00 | | | | | |

Gross Pay 6160.00
Gross YTD 42560.00

HH AEROSPACE DESIGN CO INC — Period Ending 05/31/90 — Paydate 06/22/90 — 7

Dept. 3 Emp. No. 3122 PAUL W MCCREE JR SSN 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 Status M Exemptions fed. 3 st. 3 MA

| | HOURS | RATES | EARNINGS | TAXES | | YTD | DEDUCTIONS | | YTD | Net Pay | Check no. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG | 168.00 | 35.000 | 5880.00 | FED | 1228.83 | 6667.38 | BCBS | 175.38 | 1052.28 | 4192.95 | 8476 |
| HOL | 8.00 | 35.000 | 280.00 | FICA | 492.66 | 2763.18 | | | | | |
| VAC | 8.00 | 35.000 | 280.00 | ST | 350.18 | 1825.60 | | | | | |

Gross Pay 6440.00
Gross YTD 36120.00