173 Goodman's Hill Road
P.O. Box 77
Sudbury, MA 01776-0077
November 10, 2004

Ms. Zita Lovett, Deputy Clerk
United States District Office
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

      Re: Civil Action No. 04-11334-JLT

Dear Ms. Lovett

      The figure for my Average Monthly Earnings given in my Supplementsl Pleading dated 11/03/04 is based on rough calculation. A more precise determination is summarized in the following:

```
1.0 Earnings for one year from 12/85 - 12/86 @  $62, 400.00 /yr: $ 62,400.00
2.0 Earnings for ½ year   from 12/86 - 06/87 @  $68,640.00 /yr: $ 34,320.00
3.0 Earnings for 3.5 years from 06/87 - 01/91 @  $ 72,800.00 /yr:$254,800.00
4.0 Total Earnings for period of five consecutive years       :$351,520.00
5.0      Average Yearly Earnings                              :$ 70,304.00
6.0      Average Monthly Earnings                             :$  5,858.67
```

      This determination is based on the data submitted with the referenced Supplemental Pleading.

                                                   Respectfully,

                                                   Paul W. McCree, Jr.

Faxed to : Attorney Sherease P. Louis
        Office of the General Counsel
        Pension Benefit Guaranty Corporation