173 Goodman's Hill Road
P.O. Box 77
Sudbury, MA 01776
February 4, 2005

Civil Clerk's Office
Zita Lovett, Deputy Clerk
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Reference; Civil Action NO. 04-1134JLT
                Paul W. McCree, JR.
                    Plaintiff
                       v
           Pension Benefit Guaranty
               Corporation
               Defendant

Dear Ms Lovett.:

    Please advise me of the status of the poceedings in the.referenced case.

                                  Respectfully,

                                  Paul W. McCree, Jr.