```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


PAUL W. McCREE,
    Plaintiff,                    )
                                  )
          v.                      ) CA NO:04-11334-JLT
                                  )
PENSION BENEFIT GUARANTY          )
CORP.,                            )
    Defendant                     )
                                  )
```

### JUDGMENT

TAURO,D.J.

In accordance with the Court's ORDER of December 16, 2004, GRANTING Defendant's Motion for Judgment on the Pleadings in the above entitled action, is hereby ORDERED:

JUDGEMENT FOR THE DEFENDANT:

PENSION BENEFIT GUARANTY CORPORATION.


                                    /S/

                              Zita Lovett,
                              Deputy Clerk

Date: May 24, 2005