

173 Goodman's Hill Road
P.O. Box 77
Sudbury, MA 01776
February 16, 2006

Civil Clerk's Office
Zita Lovett, Deputy Clerk
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      Reference; Civil Action NO. 04-1134JLT
            Paul W. McCree, JR.
                Plaintiff
                    v
           Pension Benefit Guaranty
              Corporation
              Defendant

Dear Ms Lovett.:

    Please advise me of the status of the proceedings in the. referenced case. I am pursuing my appeal per se. Is there a website or other source open to me where I can review prior and monitor ongoing proceedings re. my case?

                                      Respectfully,

                                      Paul W. McCree, Jr.