```
         FILED
    IN CLERKS OFFICE
    2007 AUG 20  P 3: 20
    U.S. DISTRICT COURT
    DISTRICT OF MASS.
```

173 Goodman's Hill Road
P.O. Box 77
Sudbury, MA 01776
August 17, 2007

Civil Clerk's Office
Zita Lovett, Deputy Clerk
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      Reference; Civil Action NO. 04-1134JLT
           Paul W. McCree, JR.
              Plaintiff
                  v
         Pension Benefit Guaranty
             Corporation
              Defendant

Dear Ms Lovett.:

    Please advise me as to how I can obtain a copy of the transcript of the ruling in the case of McCree v. PBGC.

                                Respectfully,

                                Paul W. McCree, Jr.