FILED
IN CLERKS OFFICE

2007 SEP -5  P 1: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

173 Goodman's Hill Road
P.O. Box 77
Sudbury, MA 01776
September 3, 2007

United States District Court
Office of the Clerk
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

    Reference; Civil Action NO. 04-1134JLT
        Paul W. McCree, JR.
             Plaintiff
               v
       Pension Benefit Guaranty
          Corporation
           Defendant

Dear Madam or Sir:

    I understand that, in the referenced case, Motion for Judgement on the pleadings was allowed and that per Docket Entry 27, dated 05/24/05, Judgement was made in favor of the Defendant. I assume that the ruling in this case is based on a judicial review of the pleadings. I wish to obtain a copy of the transcript of the record of the judicial review of the pleadings for the Judgement in favor of the Defendant..

    Please advise me.

                                               Respectfully,

                                               *Paul W. McCree, Jr. (Plaintiff)*
                                               Paul W. McCree, Jr.